UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 08-14068-CIV-GRAHAM

DOUGLAS MARSHALL JACKSON,

    Plaintiff,

vs.

DEVERE L. INMAN, et al.,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** comes before the Court upon Douglas Marshall Jackson's <u>pro se</u> civil rights complaint [D.E. 1].[1]

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 2]. Judge White has issued a Report and Recommendation for this Court's consideration [D.E. 6] (the "Magistrate Judge's Report") recommending that the Court dismiss the complaint as successive. Plaintiff submitted pleadings purporting to object to the Magistrate Judge's Report, yet the document includes "non-

---

[1] The Court is also aware that the case <u>Marshall v. Inman, et al.</u>, Case No. 08-14086-CIV-GRAHAM has also been brought by Plaintiff and is pending before the Court. A separate order will dispose of that matter based upon the recommendations of a separate report by the Magistrate Judge. Ultimately, however, both cases are dismissed as successive under 28 U.S.C. § 1915(g).

objections" in the caption and requests that the filing fee be discharged. [See D.E. 8].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Plaintiff's submissions objections are meritless. Moreover, the Court finds that the record supports the Magistrate Judge's recommendation to dismiss this action as successive under 28 U.S.C. § 1915(g). Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 6] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that this is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of April, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Patrick A. White
      Douglas Marshall Jackson, Pro Se
      Counsel of Record